BEFORE THE THIRD DIVISION, OCTOBER 31, 1947

**No. 52002.**—Eurasia Import Co., Inc. *v.* United States, petitions 6571–R, etc. (Chicago and New York).

Opinion by CLINE, J. It was stipulated that the facts and circumstances surrounding the making of the entries herein are similar in all material respects to the facts and circumstances surrounding the making of the entries in Abstract 51892. On the record herein, the court found that the petitioner, in making the entry in these cases, acted without intention to defraud the revenue of the United States or to conceal or misrepresent the facts of the case or to deceive the appraiser as to the value of the merchandise. The petitions were therefore granted.

**No. 52003.**—Hughes Fawcett, Inc. *v.* United States, protests 56065–K, etc. (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel the court found that the facts herein agreed upon were such as to bring the case within the holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein. (See *John Barr* v. *United States*, 324 U. S. 83.) In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries involved. The protests were sustained to this extent.

OCTOBER 30, 1947

**No. 52004.**—Julius Kupersmith *v.* United States, petition 6540–R.— Motion of Government for rehearing denied.

BEFORE THE FIRST DIVISION, NOVEMBER 6, 1947

**No. 52005.**—Service Mfg. Co., Inc. *v.* United States, protests 130653–K, etc. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel that the merchandise consists of belt buckles similar in all material respects to those the subject of Abstract 51825, the claim at 45 percent under paragraph 397 was sustained.